THE STATE OF OHIO, APPELLEE, *v.* FULLER, APPELLANT.

[Cite as *State v. Fuller* (1998), 83 Ohio St.3d 108.]

(No. 97–2338—Submitted August 19, 1998—Decided September 16, 1998.)

---

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Philip R. Cummings,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* State Public Defender, and *Kevin Fahey,* Assistant Public Defender, for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.